# EXHIBIT C









Sankalp®
THE TASTE OF INDIA

ABOUT US | MENU | CATERING | SPECIAL EVENTS | RESERVATIONS
LOCATIONS | PROMOTIONS | PRESS & AWARDS | EMAIL SIGNUP

ABOUT SANKALP

*An extension of one of India's most famous restaurant chain, Sankalp is an award-winning Indian café that offers pure vegetarian South Indian cuisine. Sankalp's inspired dishes with fresh ingredients and fragrant spices result in a modern approach to authentic South Indian cuisine and diners will find that its recipes replicate the same bold flavors found in Sankalp India. Our healthy dishes are made with pure canola oil, and we never use artificial colors or flavors. This perfect balance of flavor and presentation has made Sankalp one of India's most favorite group of restaurants for the past 30 years.*

**The Dining Experience**

*Now Sankalp brings its award-winning cuisine to the US offering authentic dishes in its signature innovative style. In the US, Sankalp Restaurants are divided into two distinct dining experiences.*

**SANKALP**

- *Pure Vegetarian South Indian Cuisine.*

Guests of Sankalp can enjoy our daily

A la Carte menus as both dining in and takeout.

***Reservations are recommended but not required.***

**Please check our Special Events section for upcoming Chef's Table Dinner dates.**

CONTACT US | FRANCHISE | SANKALP INDIA

COPYRIGHT SANKALP USA 2010

Sankalp®
THE TASTE OF INDIA

ABOUT US | MENU | CATERING | SPECIAL EVENTS | RESERVATIONS
LOCATIONS | PROMOTIONS | PRESS & AWARDS | EMAIL SIGNUP

## FRANCHISE

Sankalp is one of the largest and fastest growing restaurant chains in all of India. Now, Prayosha Restaurant Group LLC is offering sub-franchise opportunities for Sankalp Restaurants in the US.

The Sankalp brand is known for its innovative cuisine coupled with fresh local ingredients. A Sanklap franchise brings its signature recipes along with easy-to-follow brand guidelines for interior and exterior build-out and design, menus and merchandising. Sub-licensees will also benefit from centralized equipment sourcing, supplies of essentials, inventory and auditing systems and operations manuals and training. Furthermore, national marketing support, advertising packages, national promotional schemes and regular sales and management support make operating a Sankalp franchise a lucrative and enterprising venture.

Currently Prayosha Restaurant Group is accepting Sankalp franchise offers in major urban cities from the Midwest, South and Eastern states of the US.

Please contact:

**Prayosha Restaurant Group LLC**
22 Meridian Road
Suite 12-2
Edison, NJ 08820

**732.662.7997**
**prayosharestaurantgroup@gmail.com**

CONTACT US | FRANCHISE | SANKALP INDIA

COPYRIGHT SANKALP USA 2010

| ABOUT US | MENU | CATERING | SPECIAL EVENTS | RESERVATIONS |
| LOCATIONS | PROMOTIONS | PRESS & AWARDS | EMAIL SIGNUP |



## PRESS & AWARDS

The Directors of Sankalp have maintained Sankalp's status as one of Indian's largest restaurant chain by simply offering fresh and flavorful food with impeccable service and fair prices.

With over 50 outlets found in the bustling cities of India, Sankalp has been awarded twice the Times Food Award for Best South Indian Restaurant by the ***Times of India*** (2008 and 2009), while Sankalp's innovative side has landed it in ***The Guinness Book of World Records*** for preparing the world's largest Dosa, not once, but three times; 25-feet in 1996, 30-feet in 2006 and a staggering 32-feet in 2009.

Sankalp can be found in Indian cities such as Mumbai, Delhi, Pune, Jaipur, Jodhpur, Udaipur, Mt. Abu, Nathdwara, Nagpur, Gandhinagar, Surat, Vadodara, Anand, Bharuch, Rajkot, Bhavnagar, Gandhidham, and Bhuj  amongst others.

In the US, Sankalp currently operates in New Jersey and will soon open branches in Ohio and New York.

**PRESS RELEASE June 25th**

*June 25, 2010, New Jersey:* On any given night, there is a waiting line outside of the newly opened Sankalp in Edison, NJ, and the restaurant has barely been open one month. That's because Indian-Americans familiar with the 50+ franchise chain spread throughout Gujarat and South India are already part of the cult-like following of this vegetarian restaurant.



Ribbon Cutting Ceremony. (from Left to Right) Vishnu Patel, Suresh Patel, Pat Diegnan, Upendra Chivukula, Mayor Charles Butrico, Peter Barnes, Peter Kothari and Chander Sarvagyam."The dosas taste just like they do back in India. I'm from Udaipur and we used to eat at Sankalp all the time," says regular diner Sunita Basu. "Now when I feel homesick, I just come here."

But guests of Sankalp can expect more than just dosas and idlis at the popular chain. In the US, Sankalp is divided into two distinct dining experiences: Sankalp which is pure vegetarian South Indian cuisine and Sankalp Multi Cuisine which offers North Indian including Tandoori, South Indian and Pan-Asian dishes which are both vegetarian, non-vegetarian and Halal.

"We thought that customers here in America would want more variety in their dining experience," explains Suresh Patel, CEO of Prayosha Restaurant Group, Master Franchisee of Sankalp USA. "This way when we open another franchise, we can tailor the cuisine to fit the people of the surrounding areas."

Sankalp is a dedication to using only the freshest ingredients coupled with their fragrant homemade spices.



Receiving the Proclamation from Assemblyman Upendra Chivukula's Office. (from Left to Right) Vince George, Mayor Charles Butrico, Vishnu Patel, Chander Sarvagyam, Suresh Patel, Peter Barnes, Pat Diegnan, Upendra Chivukula and Peter Kothari.Sankalp USA General Manager Vince George adds, "We are also committed to keeping our dishes healthy so we use only pure Canola oil and never any artificial colors."Sankalp, the first of which opened in South Plainfield, NJ was also the site of the franchise's Grand Opening celebration on Friday, June 25th. The kick off marked the official expansion of India's first chain restaurant in the US. The celebration consisted of a Ribbon Ceremony followed by a lavish gourmet dinner specially created for this occasion. The ribbon was cut by leading local dignitaries such as the Mayor of South Plainfield,  Mr. Charles F. Butrico, Jr., Assemblyman District 18, Mr. Peter J. Barnes, III, Assemblyman District 18, Mr. Patrick J. Diegnan Jr., Assemblyman District 17, Mr. Upendra J. Chivukula, Community Leader Peter Kothari, Suresh Patel, President of Prayosha Restaurant Group, Vishnu Patel,and Vince George. Mr. Chivukula additionally presented Sankalp an official State Proclamation marking the Grand Opening Date as the official start of the franchise's US presence. In attendance where a number of local business leaders such as Prabhu Patel, Dilip Mehta, Raj Uppal, Anisa and Raj Balwani, George Cholenkeryil, Jaswant Mody, amongst others.The Proclamation.The Directors of Sankalp have maintained Sankalp's status as one of Indian's largest restaurant chains for the past 30 years by offering fresh and flavorful food with impeccable service and fair prices. Now, the renowned chain is preparing to penetrate the American food market both with the South Asian community and the mainstream by following the same equation.Sankalp is more than just a restaurant. It has been awarded twice the Times Food Award for Best South Indian Restaurant by the Times of India (2008 and 2009), while Sankalp's innovative side has landed it in The Guinness Book of World Records for preparing the world's largest dosa, not once, but three times; 25-feet in 1996, 30-feet in 2006 and a staggering 32-feet in 2009.In the US, Sankalp currently operates in New Jersey and will soon open branches in Ohio and New York.   Photo Credit: Januarie JoubertExterior of South Plainfield's Sankalp

Guests at the Grand Opening



Guests at the Grand Opening

**Read About us in the Papers**

**Cine Views**

**CONTACT US    FRANCHISE    SANKALP INDIA**
COPYRIGHT SANKALP USA 2010





## ASSORTED BEVERAGES

| Item | Price |
|---|---|
| FRESH LIME SODA (Lemon juice with soda served sweet / salted / plain) | 2.95 |
| FRESH FRUIT JUICE (Choose from: Mosambi / Orange / Pineapple / Apple or Ganga Jamuna) | 2.75 |
| RASAM (The spicy South Indian appetizer) | 4.00 |
| TOMATO SOUP (Soup made from ripe red tomatoes) | 4.00 |
| COLD COFFEE (Frothy cream coffee served chilled) | 3.00 |
| COLD COFFEE WITH ICE CREAM (Cold coffee with a scoop of vanilla ice cream) | 3.25 |
| ICY SHAKES (Cool refreshing Chocolate / Vanilla / Strawberry milk shakes) | 3.25 |
| PINA COLADA (A blend of pineapple juice with coconut cream) | 3.25 |
| CARRIBEAN FRUIT PUNCH (An exotic mocktail from fruit juices) | 3.25 |
| BLUE SEA SURFER (Fizzy curacao with vanilla ice cream) | 3.25 |
| LEMON LICHY FIZZ (A frothy concoction of litchee juice and ice cream) | 3.25 |
| NEERMOR / CHHASS (Authentic Indian drink with blend yogurt) | 2.50 |
| LASSI (Blended yogurt drink served sweet / salted / mango) | 3.00 |
| GINGER TEA (Ginger flavored Indian tea) | 2.25 |
| MYSORE FILTER KAPI (The specialty coffee from Mysore) | 2.25 |
| AERATED SOFT DRINKS (Soft drinks from the choicest brands) | 1.95 |
| BOTTLED WATER (Packaged drinking water) | 1.00 |

## ALL TIME FAVORITE

| Item | Price |
|---|---|
| MASALA BOONDI (Fried lentil balls with onion, tomatoes and special masala) | 4.25 |
| THAYIR BOONDI (Boondi mixed with sweet / salted yoghurt) | 4.50 |
| VEGETABLE UPMA (Healthy snack made from semolina) | 5.45 |
| *TELANGANA ALOO (Spicy tangy potato wedges tossed in a special masala) | 5.45 |
| **CHIPS 'N' CHIPS (French fries with cheese / milagai podi / plain) | 5.00 |

( * Special Item )
( ● Kid's Special )

C-8





DOSA IS CRISPY RICE AND LENTIL CREPE ROASTED ON A HOT PLATE

### DASHING DOSAZ

| | |
|---|---|
| ⊛ GOLDEN CRISP (Simple tastier & favorite dosa) | 8.50 |
| ONION DOSA (Dosas with chopped onion & garlic chatni) | 8.75 |
| SUPER PAPER DOSA (The crispy dosa) | 8.75 |
| MYSORE CHATPATA DOSA (Spicy dosa with coriander & garlic chatni) | 8.75 |
| NILGIRI SPECIAL DOSA (The mint flavored dosa) | 8.75 |
| NILGIRI ONION DOSA (Minty dosa with onions in the layer) | 8.75 |

(All above Dosa's served plain or with masala as per order)

### SPECIALITY DOSAZ

| | |
|---|---|
| ✱⊛ CHEESE DOSA (Dosa with a generous helping of cheese) | 8.75 |
| ✱ CHEESEY SPRING DOSA (Special spring dosa with cheese) | 9.50 |
| ✱ MILITARY GHEE ROAST DOSA (Crispy special masala filling dosa roasted in pure ghee) | 9.50 |
| ✱ CHETTINAD SPICY DOSA (A crisp spicy dosa with a filling of fresh vegetable prepared in Chettinad style) | 9.50 |
| ✱ KEERAI CHEESE GARLIC DOSA (The spinach and cheese dosa with a tinge of garlic) | 9.50 |
| ✱ CAPSICUM CHILLY GARLIC DOSA (A speciality dosa with a filling of capsicum tossed in green gravy) | 9.50 |
| ✱ ACHARI ONION DOSA (The pickle flavored onion dosa) | 9.50 |
| ✱ SPECIAL INDIAN BHAJI DOSA (Chef's special) | 9.50 |
| ✱ KARA MURA DOSA (Butter paper dosa with milagai podi on the layer) | 9.50 |
| ✱⊛ PANEER DOSA (Dosa with a filling of spicy paneer) | 9.50 |
| ✱ CHEESE CORN DOSA (An all time favorite) | 9.50 |
| ✱ THREE BARREL DOSA (Combination of three small dosas) | 9.50 |
| ✱ DOSA PLATTER (Platter containing miniature versions of chettinad, achari and paneer dosa) | 10.99 |

( ✱ Special Item )
( ⊛ Kid's Special )

C-10

Case 2:13-cv-05529-JLL-JAD   Document 1-3   Filed 09/17/13   Page 12 of 14 PageID: 35



## RAVASHING RAVA

RAVA DOSA IS A TRADITIONAL SOUTH INDIAN DOSA MADE FROM CREAM OF WHEAT / SEMOLINA

| | |
|---|---|
| CRISP 'N' CRUNCHY RAVA (Dosa made from semolina flour) | 8.50 |
| ONION RAVA (Rava dosa with sliced onions in the layer) | 8.95 |
| UDIPI RAVA (Rava with grated carrot and beet in the layer) | 8.95 |
| COCONUT RAVA (Rava dosa having grated fresh coconut in the layer) | 8.95 |
| *KANCHIPURAM ACHARI RAVA (All new - pickle flavored spiced rava dosa) | 9.50 |

## AMAZING UTHAPPA

UTHAPPA IS A OPEN FACE FERMENTED LENTIL PANCAKE

| | |
|---|---|
| DOUBLE ROAST - PLAIN | 8.00 |
| DOUBLE ROAST - TOPPING (Select from: onion / tomato / carrot / beet / mix vegetable) | 8.25 |
| *MADURAI SANDWICH UTHAPPA (Twin layered speciality uthappa) | 8.75 |
| *CHEESE MADURAI SANDWICH UTHAPPA (Twin layered speciality uthappa with cheese) | 9.25 |
| *SPECIAL TOMATO UTHAPPA (A delicacy prepared using the secretive method topped with tomatoes) | 8.50 |
| *SPECIAL TOMATO MASALA UTHAPPA (A delicacy - chef's secretive recipe) | 8.75 |
| *PANCHAVARNA UTHAPPA (Assortment of five different types of Indian pancakes) | 9.25 |
| *PINEAPPLE UTHAPPA (Indian pancake with chopped pineapple) | 8.50 |
| *CHEESE CHILLI UTHAPPA (Pancake with lots and lots of cheese) | 8.75 |
| *☺ CHENNAI PIZZA UTHAPPA (Crispy uthappa that tastes like a pizza) | 9.50 |
| *TOMATO CORN UTHAPPA (A jain speciality) | 8.75 |
| *KEERAI UTHAPPA (Tossed french beans filled uthappa) | 8.75 |

( * Special Item )
( ☺ Kid's Special )

Case 2:13-cv-05529-JLL-JAD   Document 1-3   Filed 09/17/13   Page 13 of 14 PageID: 36



### CURRIES

| | |
|---|---|
| *⊕ MALABARI PANEER<br>(Soft paneer cooked in Malabari gravy) | 9.75 |
| * NILGIRI KURMA<br>(Spinach based mix vegetable) | 9.50 |
| * CHETTINAD KURMA<br>(Spicy chettinad styled mixed vegetable) | 9.50 |
| * VEGETABLE KURMA<br>(Coconut flavored mix vegetable) | 9.25 |
| ALOO MUTTER<br>(The potato and green peas cooked in Indian gravy) | 8.50 |
| JEERA ALOO<br>(Potatoes stir fried with cumin seeds and coriander) | 8.50 |

All the curries served with a side portion of:
(Steamed Rice / Set Dosa / Malabari Parotta / Poori / Tawa Chapati)

### RICE

| | |
|---|---|
| STEAMED RICE<br>(Plain rice with rasam or sambar) | 5.50 |
| BAGALA BHATH<br>(The inimitable curd rice) | 5.50 |
| BISI BELA HULI ANNA<br>(Coconut flavored rice and lentil preparation served with papadum) | 5.50 |
| * KAIKARI BIRYANI<br>(Sankalp special biryani served with pachdi) | 7.00 |
| VEGETABLE PULAO<br>(Chefs special - the top seller) | 7.00 |
| *⊕ CHEESE PULAO<br>(Rice and vegetables topped with cheese) | 7.50 |

( * Special Item )
( ⊕ Kid's Special )

## EXTRA ITEMS

| Item | Price |
|---|---|
| POORI (2 pcs. fried Indian wheat bread) | 2.95 |
| TAWA CHAPATI (2 pcs. tawa puffed Indian wheat bread) | 2.95 |
| MALABARI POROTTA (Special 1 piece Malbari multilayered porotta) | 2.25 |
| SET DOSA (2 miniature rice pancakes) | 2.95 |
| APPALAM (2pcs. South Indian Poppodum) | 1.45 |
| POPPODUM (Papad served roasted or fried) | 1.45 |
| MASALA PAPAD (Papad with onion, tomatoes, coriander and special masala) | 2.25 |
| PACHDI (Diced vegetables mixed with yoghurt) | 2.25 |

## ICE CREAMS & DESSERTS

| Item | Price |
|---|---|
| ✱ SIZZLING BROWNIE WITH ICE CREAM (Chocolate brownie with vanilla on a sizzler plate) | 4.95 |
| SANKALP SPECIAL KULFI (Special creamy Kulfi) | 3.75 |
| ASSORTED ICE CREAM (Choose from the available choices of ice cream) | 2.50 |

## SWEET

| Item | Price |
|---|---|
| KESARY (The traditional south Indian suji halwa) | 4.50 |
| PAYASAM OF THE DAY (Chefs special) | 4.50 |
| GULABJAMUN (Special Indian sweet) | 4.50 |

( ✱ Special Item )
( ☺ Kid's Special )

---

- Jain Food available on request
- Some items may contain Coconut, Peanuts and Garlic
- Service time 15 to 20 minutes after placing the order
- Reservation can be made on the phone
- Right of admission reserved
- We undertake outside party order
- All major credit cards accepted
- 7% sales tax applicable as per New Jersey law
- Gratuity service charges 15% will be added to the bill
- Taxes as applicable

**salt n pepper** — THE CATERING EXPERTS
Surat

**Saffron** — AUTHENTIC CUISINE FROM NORTH
Ahmedabad • Bhuj
Surat • Vadodara

**Uncle Sam's PIZZA**
Ahmedabad • Anand • Bhavnagar • Bhuj • Chandigarh • Gandhidham • Gandhinagar • Jaipur • Jodhpur • Mehsana • Mt. Abu • Mumbai • Nagpur • Palanpur • Shirdi • Udaipur • Vadodara

**Sankalp — The Taste of India**

**India**
Ahmedabad • Anand • Bharuch • Bhavnagar • Bhuj • Chandigarh • Delhi • Gandhidham • Gandhinagar • Jaipur • Jamnagar • Jodhpur • Mehsana • Mumbai • Nadiad • Nathdwara • Palanpur • Palitana • Rajkot • Shirdi • Surat • Udaipur • Vadodara

**USA**
New Jersey • Houston • Chicago • Dallas • California

**Canada** — Toronto         **UAE** — Dubai

**Corporate Office**
Sankalp Square, Nr. Gurukul, Drive-in-Road,
Ahmedabad. Gujarat, India - 380 052
Ph : +9179 27499300, 27499400 • Fax : +9179 27499100
web : www.sankalponline.com • e-mail : info@sankalponline.com

C-13