**THE MCDANIEL LAW FIRM, P.C.**
54 Main Street
Hackensack, New Jersey 07601
201-845-3232
201-845-3777 (Facsimile)
*Attorneys for Defendants Prayosha*
*Restaurant Group, LLC (Delaware) and*
*Suresh N. Patel*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SANKALP RECREATION PVT. LTD. and NEETU KAILASH GOENKA,<br><br>         Plaintiffs,<br><br>              v.<br><br>PRAYOSHA RESTAURANT GROUP, LLC (Delaware), PRAYOSHA RESTAURANT GROUP, LLC (New Jersey), and SURESH N. PATEL,<br><br>         Defendants. | Civ. Action. No.: 2:13-cv-5529(JLL)(JAD)<br><br><br><br>**DECLARATION OF JAY R. MCDANIEL, ESQ.** |

I, **JAY R. MCDANIEL**, of due age, declare under penalty of perjury the following:

1.      I am admitted to practice this Court and counsel to the Defendants in the above-captioned matter – **PRAYOSHA RESTAURANT GROUP, LLC (Delaware)**[1] ("Prayosha DE") and **SURESH N. PATEL** ("Patel").  I make this declaration in support of the within motion to stay the action pending arbitration.

2.      The Master License Agreement, which forms the basis of this matter, is appended to Plaintiffs' Complaint, but the arbitration provision in Paragraph 26 is inexplicably cut off from the document.  That section requires this Court to grant Defendants' motion

---

[1]      Plaintiffs' naming of Prayosha Restaurant Group, LLC (New Jersey) is in error, as no separate New Jersey LLC exists.  Prayosha Restaurant Group, LLC (Delaware) merely registered as a foreign corporation with the state.

3.      Plaintiffs **SANKALP RECREATION PVT. LTD.** ("Sankalp") and **NEETU KAILASH GOENKA** ("Goenka") filed the within action against the Defendants asserting claims for trademark infringement and unfair competition under the Lanham Act.  A true and accurate copy of the Complaint is attached hereto as **Exhibit A**.

4.      A true and accurate copy of the incomplete Master License Agreement as it appears in the Complaint is attached hereto as **Exhibit B**.

5.      A true and accurate copy of the full Master License Agreement is attached hereto as **Exhibit C**.

6.      Plaintiffs admit in the Complaint that Sankalp has brought arbitration against Patel and Non-Party Hiral Food Inc. in the Supreme Court of India.  Just yesterday, our office received notice that and that this arbitration is proceeding has been referred to an arbitrator.  A true and accurate copy of this arbitration notice is attached hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  October 24, 2013          **THE MCDANIEL LAW FIRM, P.C.**

By:  _____
     Jay R. McDaniel, Esq.
     *Attorneys for Defendants Prayosha*
     *Restaurant Group, LLC (Delaware) and*
     *Suresh N. Patel*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANKALP RECREATION PVT. LTD., and<br>NEETU KAILASH GOENKA | )<br>)<br>) |
|        Plaintiffs, | )<br>)   C.A. No. _____ |
|   v. | )<br>) **JURY TRIAL DEMANDED** |
| PRAYOSHA RESTAURANT GROUP, LLC<br>(Delaware), PRAYOSHA RESTAURANT GROUP<br>LLC (New Jersey), and SURESH N. PATEL | )<br>)<br>)<br>) |
|        Defendants. | )<br>) |

## COMPLAINT

Plaintiff Sankalp Recreation Pvt. Ltd. ("Sankalp") and Neetu Kailash Goenka ("Mrs. Goenka") (collectively, "Plaintiffs"), for their Complaint against Defendants Prayosha Restaurant Group, LLC (Delaware) ("Prayosha Delaware"), Prayosha Restaurant Group LLC (New Jersey) ("Prayosha New Jersey"), and Suresh N. Patel ("Patel") (collectively, "Defendants") allege as follows:

## NATURE OF THE ACTION

1.     This is an action for trademark infringement and unfair competition. Sankalp is the exclusive franchisor of Sankalp branded restaurants and the exclusive licensor of a federally-registered mark ("the Sankalp Mark"), owned by Mrs. Goenka. In addition to being registered in the United States, the Sankalp Mark is registered in India, where the Sankalp restaurants originated. The Sankalp Group is a chain of over 100 specialty restaurants around the world.

2.     Sankalp and Prayosha Delaware entered into a written license agreement whereby Prayosha Delaware operated a Sankalp branded restaurant. However, after Sankalp terminated the license agreement due to a serious breach by Defendants, Defendants continued, and still

1760575_4

continue, to operate a Sankalp branded restaurant at the same location, under the same name, and

using Sankalp's Mark, menus, and promotional materials without authorization. Defendants

even continue to offer purported sublicenses to the Sankalp Mark. Defendants' willful and

knowing misconduct has led and continues to lead patrons to believe that its restaurant is

affiliated with or authorized by Sankalp and constitutes multiple violations of the Lanham Act.

Sankalp, therefore, by its Complaint, seeks preliminary and permanent injunctive relief, treble

damages, and its attorneys' fees and costs.

## THE PARTIES

3.       Plaintiff Sankalp Recreation Pvt. Ltd. is a corporation formed under the laws of

India with its principal place of business at Sankalp Square, Drive in Road, Ahmedabad, India.

4.       Plaintiff Neetu Kailash Goenka is a citizen of India and is director of Sankalp

Recreation Pvt. Ltd. India.

5.       Upon information and belief, Defendant Prayosha Restaurant Group, LLC

(Delaware) is a Delaware limited liability company with its principal place of business at 22

Meridian Road, Suite 12-2, Edison, New Jersey, and together with Defendant Prayosha New

Jersey, is operating the restaurant at issue at 1734 Oak Tree Road, Edison, New Jersey, 08820.

6.       Upon information and belief, Defendant Prayosha Restaurant Group LLC (New

Jersey) is a New Jersey foreign limited liability company with its principal place of business at

22 Meridian Road, Suite 12-2, Edison, New Jersey, and together with Defendant Prayosha

Delaware, is operating the restaurant at issue at 1734 Oak Tree Road, Edison, New Jersey,

08820.

7.       Upon information and belief, Defendant Suresh N. Patel, an individual, serves as

President of Prayosha Delaware and Prayosha New Jersey and resides at 419 Acorn Drive,

2

Paramus, New Jersey, 07652 and has an office at 22 Meridian Road, Suite 12-2, Edison, New Jersey.

## JURISDICTION AND VENUE

8.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because certain of the claims arise out of the Lanham Act (15 U.S.C. §§ 1114 & 1125(a)).

9.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) because the acts of Defendants which form the basis of Sankalp's claims were/are performed in New Jersey.  In addition, Patel is a resident of New Jersey and both Prayosha entities have their principal place of business in New Jersey.

## BACKGROUND

### The Sankalp Mark

10.     The Sankalp Group was founded in 1981 by Mrs. Goenka's family and the first Sankalp restaurant was opened in Ahmedabad, India.

11.     The first restaurant was a success and Sankalp continued to open additional restaurants in India.  The Sankalp restaurants serve South Indian style cuisine and are recognized by their authentic culinary preparations, ethnic table layout and excellent service.  In 2010, after achieving growth and customer recognition in India, Sankalp opened its first restaurants outside India in the United States and Canada.  Sankalp also has restaurants in Australia, Dubai, and London.  All of Sankalp's restaurants replicate the taste, quality and ambiance that have earned Sankalp its world renowned reputation.

12.     Sankalp offers and sells franchises, providing the right to operate Sankalp branded restaurants under a prescribed system that includes a distinctive layout and design, signage,

3

specifications, and appearance; specific and uniform operating procedures, menus, recipes, and formulas; and proprietary methods and techniques for inventory and cost controls, recordkeeping and reporting, personnel management and training, purchasing, marketing, sales promotions, and advertising, all as set out in a confidential and proprietary manual (the "Sankalp System"). At the present time, there are 100 franchised Sankalp branded restaurants around the world, of which three are in the United States. Sankalp operates seven Sankalp branded restaurants directly.

13.     In the United States, Mrs. Goenka is the owner of U.S. Trademark Registration Number 3,864,858, for the Sankalp Mark shown below:



Sankalp is the exclusive licensor in the United States for the Sankalp Mark. A true copy of the Certificate of Registration for the Sankalp Mark is attached hereto as Exhibit A.

14.     Sankalp's proprietary name, logos, and the Sankalp Mark remain in full force and effect and Sankalp has given public notice of the registration of the foregoing Sankalp Mark as provided in 15 U.S.C. § 1111. In addition, Sankalp and its affiliates have invested substantial sums in advertising and in promoting the name, logo, and Sankalp Mark. Finally, variations on the U.S. Registered Service Mark are used by Sankalp around the world and Sankalp holds an Indian trademark for the word "Sankalp."

15.     As a result, the Sankalp name, logo, and Mark are strongly associated in the minds of the consuming public with the products and services offered by Sankalp and its wholly

owned and franchised system of Sankalp branded restaurants.  The Sankalp name and logo, and the Sankalp Mark have also acquired secondary meaning and enjoy an excellent reputation among the consuming public, having won numerous awards, and constitute property of the greatest value to Sankalp.

16.     Furthermore, Patel acknowledged in a letter to Mrs. Goenka, dated April 3, 2008, that she had been using the Sankalp trademark in connection with restaurants for "a very long time."  Patel further acknowledged that Mrs. Goenka intended to file a trademark application in the United States Patent and Trademark Office and that he would, therefore, withdraw applications for registration of the trademark SANKALP.

**The Parties' Franchise And License Agreements**

17.     On April 12, 2008, Sankalp and Patel executed a Master Franchise Agreement (the "Franchise Agreement") pursuant to which Patel was licensed to use the Sankalp Mark and Sankalp's other intellectual property in connection with the operation of a Sankalp branded restaurant in Edison, New Jersey (the "Restaurant").

18.     On April 23, 2010, Patel and Sankalp, by mutual consent, terminated the Franchise Agreement by means of a written and executed Cancellation of Agreement.

19.     The next day, on April 24, 2010, Sankalp and Prayosha Delaware, through Patel as its President, executed a Master License Agreement ("License Agreement").  A true copy of the License Agreement is attached hereto as Exhibit B.  The License Agreement, which stated that it was effective on April 3, 2008, licensed the use of the Sankalp Mark and Sankalp's other intellectual property to Prayosha Delaware for use in restaurants in the Northeastern United States.  In addition, Prayosha Delaware was to set up at least five licensed restaurants in the Northeastern United States within one year of the License Agreement.

20.     Pursuant to paragraph 10 of the License Agreement, Prayosha Delaware was to enter into individual licensee agreements with Sankalp prior to the opening of each new licensed restaurant.  The License Agreement did not permit or authorize Prayosha Delaware to enter into sublicenses or open Sankalp branded restaurants outside of the Northeastern United States.

21.     Paragraph 24 of the License Agreement provided that Sankalp could terminate the License Agreement based on a breach by Prayosha Delaware and subsequent failure to cure.

22.     By at least 2010, Sankalp learned that Defendants were attempting to sublicense the Sankalp Mark and the right to open a Sankalp branded restaurant to Hiral Food Inc. ("Hiral"), located in Cincinnati, Ohio.  Representatives from Sankalp visited Hiral and found that Hiral was not ready to perform to Sankalp's standards.

23.     On or about November 22, 2010, Sankalp sent a notice to Defendants stating that Hiral's failure to satisfy Sankalp's standards was a breach of the sublicense agreement and that they must terminate the sublicense immediately and provide proof of such cancellation.

24.     On May 17, 2011, having received no response from Defendants, Sankalp sent another letter notifying Defendants that they were in breach of the License Agreement due to their ongoing effort to provide a sublicense to Hiral.

25.     On July 12, 2012, Defendants finally responded to Sankalp's prior correspondence.  In their letter, Defendants failed to address their breach of the License Agreement.

26.     Sankalp sent additional letters to Defendants in August and November 2012, demanding they stop their unauthorized use of the Sankalp Mark and Sankalp's intellectual property, but Defendants failed to respond, let alone comply with Sankalp's demand.

27.     On July 3, 2013, Sankalp sent another cease and desist letter to Defendants.  Even though the letter was sent to the business address listed on the Restaurant's website, delivery was refused and the letter was returned to Sankalp's counsel.

28.     By operation of the License Agreement, Defendants' failure to cure their breach resulted in the termination of the License Agreement.

**Defendants' Continuing Operation Of The Restaurant
In Violation Of Sankalp's Trademark Rights**

29.     In the May 17, 2011 notice of termination, Sankalp requested that Defendants return to Sankalp all stationery material, Boards, Crockery and other material bearing the mark Sankalp.  However, Defendants failed and refused to return these materials.  Rather, on information and belief, the materials bearing the Sankalp Mark are still in use at the Restaurant.

30.     Despite no longer being licensed and authorized to use the Sankalp Mark and its intellectual property, Defendants continue to operate the Restaurant using the proprietary Sankalp Mark and Sankalp System and to hold the Restaurant out to the consuming public as a Sankalp franchise, in violation of Plaintiffs' rights.  A true copy of pages from the Restaurant's website, including the Restaurant's menu, last accessed on August 27, 2013 are attached hereto as Exhibit C.

31.     For example, Defendants continue to call the Restaurant "Sankalp, The Taste of India."  On its website, Defendants claim it is "[a]n extension of one of India's most famous restaurant chain, Sankalp is an award-winning Indian café that offers pure vegetarian South Indian cuisine."  Under the "Press & Awards" tab on its website, Defendants list reviews and press releases related to Sankalp.

1760575_4

32.     In its most brazen attempt to improperly profit off of Sankalp's intellectual property, Defendants continue to offer purported sublicenses to the Sankalp Mark and Sankalp's intellectual property throughout the United States.  A page on the Restaurant's website states:

> Sankalp is one of the largest and fastest growing restaurant chains in all of India. Now, Prayosha Restaurant Group LLC is offering sub-franchise opportunities for Sankalp Restaurants in the US.
>
> The Sankalp brand is known for its innovative cuisine coupled with fresh local ingredients. A Sanklap [sic] franchise brings its signature recipes along with easy-to-follow brand guidelines for interior and exterior build-out and design, menus and merchandising. Sub-licensees will also benefit from centralized equipment sourcing, supplies of essentials, inventory and auditing systems and operations manuals and training. Furthermore, national marketing support, advertising packages, national promotional schemes and regular sales and management support  make operating a Sankalp franchise a lucrative and enterprising venture.
>
> ***Currently Prayosha Restaurant Group is accepting Sankalp franchise offers in major urban cities from the Midwest, South and Eastern states of the US***.

*See* Exhibit C at C-3 (emphasis added).

33.     Further, because Sankalp is no longer supplying materials to Defendants for use in the Restaurant, upon information and belief, the quality of food and service at the Restaurant is inferior to that provided by Sankalp and, accordingly, is damaging Sankalp's reputation.

34.     Defendants have knowingly and willfully continued to use the Sankalp Mark, the Sankalp System and Sankalp's intellectual property in violation of United States law.

## COUNT I

### (Federal Service Mark Infringement)

35.     Sankalp incorporates the allegations contained in Paragraphs 1 through 34 above.

36.     Defendants' continued use of the Sankalp Mark in connection with the operation of the Restaurant, after termination of the License Agreement, is without right, license, or authorization.  Defendants have been put on notice of their obligation to immediately cease their

unauthorized use of the Sankalp Mark, but nonetheless have continued to use the Sankalp Mark

and to hold the Restaurant out to the consuming public as a Sankalp-branded restaurant.

37.     Defendants' use of the Sankalp Mark constitutes infringement in violation of

Section 32 of the Lanham Act, 15 U.S.C. § 1114.

38.     Defendants knowingly and willfully directed or participated in the acts of

infringement.

39.     The public is likely to be confused, deceived, or otherwise misled by Defendants'

infringement of the Sankalp Mark.

40.     Sankalp has been substantially and irreparably injured by Defendants'

infringement, and will continue to be substantially and irreparably injured unless and until

Defendants are preliminarily and permanently enjoined from infringing the Sankalp Mark.

41.     In addition, Sankalp has sustained actual damages as a direct and proximate result

of Defendants' willful and knowing infringement of the Sankalp Mark in an amount to be

determined at trial.

42.     Because Defendants' infringement is knowing and willful, this is an exceptional

case and Sankalp is entitled to attorneys' fees and treble damages pursuant to 15 U.S.C. § 1117.

## <u>COUNT II</u>

### (Federal Unfair Competition)

43.     Sankalp incorporates the allegations contained in Paragraphs 1 through 42 above.

44.     Defendants' unauthorized use of the Sankalp Mark in connection with the

operation of the Restaurant, after the termination of the License Agreement, constitutes a false

designation of origin and a false representation that the Restaurant is still sponsored by, approved

by, or otherwise affiliated with Sankalp.  Sankalp has given Defendants notice of their obligation

to cease the unauthorized use of the Sankalp Mark, but Defendants have nonetheless continued to use it.

45.     Defendants' conduct constitutes unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

46.     Defendants knowingly and willfully directed or participated in the foregoing acts of unfair competition.

47.     Defendants' unauthorized use of the Sankalp Mark is likely to confuse, deceive, or otherwise mislead the public.

48.     Sankalp has been substantially and irreparably injured by Defendants' acts of unfair competition, and will continue to be substantially and irreparably injured unless and until Defendants are preliminarily and permanently enjoined from engaging in these acts.

49.     In addition, Sankalp has sustained actual damages as a direct and proximate result of Defendants' willful and knowing unfair competition in an amount to be determined at trial.

50.     Because Defendants' acts of unfair competition are knowing and willful, this is an exceptional case and Sankalp is entitled to attorneys' fees and treble damages pursuant to 15 U.S.C. § 1117.

## **JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all issues triable as such.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand judgment against Defendants, as follows:

1.     Ordering Defendants to immediately cease their infringing use of the Sankalp Mark;

1760575_4

2.      Ordering Defendants to de-identify the Restaurant and preliminarily and permanently enjoining Defendants from:

      a.      Operating the Restaurant as a Sankalp branded restaurant, using the Sankalp Mark, and offering purported sublicenses related to the Sankalp Mark;

      b.      Making any representation or statement that Defendants or the Restaurant are in any way approved, endorsed, or licensed by Sankalp, or are affiliated with Sankalp in any way;

      c.      Using and refusing to return to Sankalp all originals and copies of Sankalp's confidential materials that have been provided to Defendants by Sankalp; and

      d.      Using any Sankalp trade or service marks, including those marks displayed on such items as slogans, symbols, computer formats, signs, logos, advertising, stationery, and forms.

3.      Ordering Defendants to file with the Court and serve on counsel for Sankalp, within three (3) days after entry of any final injunction issued herein, an affidavit setting forth in detail, under oath, the manner and form in which Defendants have complied with such injunction;

4.      Awarding Plaintiffs their actual damages as a result of Defendants' service mark infringement and unfair and deceptive conduct and competition;

5.      Awarding Plaintiffs treble damages as a result of Defendants' knowing and willful service mark infringement and unfair and deceptive conduct and competition;

11

6.      Awarding Plaintiffs prejudgment and post-judgment interest and their costs, including, without limitation, their attorneys' fees, pursuant to the Lanham Act;  and

7.      Awarding Plaintiffs such other and further relief as the Court deems just and proper.

SATTERLEE STEPHENS BURKE &
BURKE LLP

OF COUNSEL:

Jonathan A. Choa
Alan R. Silverstein
Rakesh H. Mehta
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
jchoa@potteranderson.com
asilverstein@potteranderson.com
rmehta@potteranderson.com

By:   _/s/ James I. Doty_____
         James I. Doty
         230 Park Avenue
         Suite 1130
         New York, NY 10169
         Tel: (212) 404-8718
         jdoty@ssbb.com

*Attorneys for Plaintiff Sankalp Recreation Pvt.
Ltd. India and Neetu Kailash Goenka*

Dated:  September 17, 2013
1122127

## Certification Pursuant to Local Rule 11.2

I, James I. Doty, counsel of record in the above case, certify under penalty of perjury that the matter in controversy in the above case is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding, except that the terminated License Agreement referenced herein is the subject of an arbitration by Sankalp Recreation Pvt. Ltd. against Mr. Suresh Patel and Hiral Food Inc. pending in the Supreme Court of India.

New York, New York                                                      */s/ James I. Doty*
September 17, 2013

12

**Certification Pursuant to Local Rule 201**

I, James I. Doty, counsel of record in the above case, certify under penalty of perjury pursuant to Local Civil Rule 201.1(d) that relief other than monetary damages is sought and that the damages sought are in excess of $150,000.

New York, New York                                                    */s/ James I. Doty*
September 17, 2013

1760575_4

# EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,864,858**

**Registered Oct. 19, 2010**

**Int. Cl.: 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GOENKA, NEETU KAILASH (INDIA INDIVIDUAL)
EMBASSY MARKET, NEAR DINESH HALL
ASHRAM ROAD
AHMEDABAD-380, 009, INDIA

FOR: RESTAURANT AND CAFE SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 2-5-2010; IN COMMERCE 2-5-2010.

THE MARK CONSISTS OF THE WORD "SANKALP" IN RED. A LIGHT YELLOW OBLONG ON WHICH APPEARS AN ORANGE OBLONG AND TWO BLACK ANGULAR SHAPES APPEARING AS STYLIZED BIRDS.

THE COLOR(S) RED, YELLOW, ORANGE AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS RESOLUTION.

SN 77-377,624, FILED 1-22-2008.

SUSAN STIGLITZ, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

e

e

e.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

# EXHIBIT B



भारतीय गैर न्यायिक

एक सौ रुपये **Rs. 100**

**रु. 100** **ONE HUNDRED RUPEES**

भारत INDIA

**INDIA NON JUDICIAL**

गुजरात ગુજરાત GUJARAT      17 APR 2010     R 385261

નંબર: ૪૬૨ રૂ. ૧૦૦/-
તારીખ: ૧૭ માહે: ૪ સને ૨૦૧૦
નામ: શીરાગ અવંતિ તા. જિ. ???
ઠેકાણું: ???

શિરાગ અવંતિકુમાર પટેલ
વ. નં. એસ. બી. ૧૫૨-૨૫૩/૬૬૬૬
સી/૧૫૨, સી.પી.નગર વિભાગ-૨,
ઘાટલોડીયા, અમદાવાદ ના વતની
સ્ટે X ???

## MASTER LICENSE AGREEMENT

This Master License Agreement is entered into on this 24th day of April, 2010
between **SANKALP RECREATION PVT. LTD.** through its Director Shri
KAILASH RAMAVATAR GOENKA having their Administrative Office at 4th Floor,

**And WHEREAS SANKALP RECREATION PVT. LTD**. through its Director SHRI KAILASH RAMAVATAR GOENKA is the only person to give License now onwards in the world and in future. **SANKALP** now well equipped to provide technical, commercial and managerial know-how in the management of Restaurant to others by way of Franchising arrangements.

**AND WHEREAS** the Master Licensee who is desirous of operating the business of Restaurants by entering into a License Agreement, for valuable consideration, has approached Sankalp to help them in the setting up Licensed Restaurants in North Eastern States of the United States of America, [ hereinafter referred to as 'scheduled area' for the sake of brevity ].

**WHEREAS MRS. NITU KAILASH GOENKA** is the owner and rightful user of the Name, Style and abbreviation of the words **'SANKALP"**, and its artwork, and its logo and its trademark;

**AND WHEREAS MRS. NITU KAILASH GOENKA** has authorized M/s. SANKALP RECREATION PVT. LTD. to use and to give license to use the name "SANKALP" now onwards and future in the world;

**AND WHEREAS MRS. NITU KAILASH GOENKA** has authorized M/s. SANKALP RECREATION PVT. LTD. to collect royalty on licensing the usage of name "SANKALP" and reimburse the Royalty collected thereby to Mrs. NITU KAILASH GOENKA:

**AND WHEREAS the Master Licensee** herein is interested to use the said trademark **'SANKALP'** in respect of the said goods and the Master Licensee desires to start the business by entering into this agreement to use the said trade mark and trading style for valuable consideration and has approached the Licensor to grant user license for the premises located at North Eastern States of America, hereinafter, referred to as the user premises.

Now, This Agreement witnesseth and it is hereby agreed by and between **SANKALP** and the Master Licensee as follows:

1.  This Agreement is effective from 3rd April, 2008.

2.  **SANKALP** shall provide managerial and technical expertise in the management of Restaurant business to be carried on, by the Licensee, at the Licensed Restaurants and

D. Providing advice of hygiene and cleanliness procedures for the kitchen and the Restaurant.

3. **SANKALP** shall where required depute personnel such as Directors, Employees, Auditors, Agents or other nominees to supervise, organize, arrange and assist in the management of the said Licensed Restaurants.

4. **SANKALP** shall be entitled and shall be reimbursed of all the expenses incurred by them for and on behalf of the Master Licensee for the above work and including accommodation, food and traveling expenses.

5. Master Licensee shall procure proprietary materials for the Restaurants from **SANKALP.**

6. Traveling should be borne by Master Licensee if any Employee is being appointed by **SANKALP.**

   Master Licensee shall bear all the traveling, lodging, boarding and other subsistence expenses of persons deputed by **SANKALP** in terms of para 4 and 5 above. Commensurate with the status and responsibilities of deputationists while engaged in the performance of services stipulated in terms of this Agreement.

7. The Master Licensee shall interact with the Licensor on matters of renovation, setup, startup and coordinate the same with the Licensor.

8. The Master Licensee shall collect and collate all information about competitors and market conditions on a regular basis and keep informed about the same to the Licensor.

9. The Master Licensee shall open first Restaurant within 5 ( five ) months of this agreement and thereafter open at least 4 ( four ) restaurants within one year thereafter.

*Total 5% and Master Licensor shall get 5% (3% & 2%)
of the net sales.*

trademark / name of 'SANKALP', shall pay to the Licensor a running Royalty @ 4% of the net sales ( i.e. gross sales minus VAT ) of the Party of the Second Part; In such manner the Master Licensee shall pay total 8% of the net sales to the Licensor. *For sub-leasing the agreement, the Licensor shall get*

It is also agreed that the Party of the Second Part shall pay the above said amount to the Party of the First Part on or before the 5th of every month for the preceding month subject to corrections which may be enforced annually at the end of the accounting year based on the audited accounts of the Licensed Restaurant of the Licensee. The License Fee shall be reviewed for revision after five years.

12. The Master Licensee shall be liable to pay a Late Fee amount of 1% of outstanding amount per day in case of default of timely payment of License Fee as prescribed hereinabove in para: 11.

13. The Master Licensee shall also set aside an amount equivalent to 2% of total Sales amount towards common Publicity expenses to be undertaken by SANKALP. The said amount shall have to be deposited in separate account as decided by SANKALP, by 7th day of each month, regularly.

14. The Master Licensee shall also undertake publicity locally, at its own cost, in consultation with the Licensor, as and when required.

15. It is also agreed between the Parties that any Government Taxes such as VAT, Service Tax, etc or whatever new taxes may be levied by the Government from time to time, on the above said License fee shall be borne by the Master Licensee, whereas any Income Tax on such fees levied in ~~the United States of America~~ *India* shall be paid by the Licensor.

16. The Master Licensee shall prior to opening of the Restaurant, deposit and maintain an interest-free deposit of US$2500/- with SANKALP towards License Fees and supply of proprietary materials by SANKALP.

17. The Master Licensee shall provide a copy of the aforesaid accounts to SANKALP.

20. The Master Licensee shall have right to set up Licensed Restaurants as per this agreement in the scheduled area. Whenever the Licensor has proposals to set up Licensed Restaurants in other parts of the United States of America, other than the scheduled areas, the Master Licensee shall have the first right to refuse to open Licensed restaurants in such new areas.

21 .The Master Licensee hereby confirms that any information, recipe, proprietary material, etc. received from the Licensor, is highly confidential, has been developed with a great deal of effort and expense of the Licensor and is being made available to the Master Licensee solely because of this License Agreement. The Master Licensee hereby confirms and assures the Licensor that he shall treat all 'confidential information' as confidential' and neither the Master Licensee nor his employee, agent or any person related to  the Master Licensee shall disclose, publish, or divulge any 'confidential information' or any proprietary material to any person, directly or indirectly, without the express written consent of the Licensor.

22 .It is expressly agreed that **SANKALP** shall not be liable or held responsible for any financial or other liabilities arising from or out of the running of the Licensed Restaurant referred to in this Agreement and the Master Licensee hereby agrees to indemnify and continue holding **SANKALP** fully indemnified against any liability of whatsoever nature arising from any proceeding in any forum tribunal or court of law or elsewhere in this respect.

23. Unless renewed, this Agreement shall automatically expire on date : 11.04.2018.

24. **SANKALP** will be entitled to cancel this agreement on the ground of any breach of the condition of this agreement by giving 30 days notice. Prior to giving termination notice the Licensor shall give 90 days notice to the Master Licensee to cure such breach. Failure to cure such breach on part of the Master Licensee shall attract termination as stated above.

25.The Master Licensee undertakes that during the pendency of this agreement and for five years after the termination of this agreement, the Master Licensee shall not, in the same premises or within India, or United States of America, or anywhere in the

27. This agreement is executed and signed at Ahmedabad and therefore the courts of Ahmedabad have jurisdiction.

28. This Agreement has been prepared and executed on two original stamp papers. Both the Parties shall keep an original agreement with them.

**IN WITNESS WHEREOF** the parties here to have hereunto set their respective hands the day, month and year first herein above written.

SIGNED ON BEHALF OF

SANKALP RECREATION PVT. LTD.

Through its Managing Director     For Sankalp Recreation Pvt. Ltd,

NAME   : KAILASH R. GOENKA    Director/Authorized Signatory

WITNESS NAME   :

Signature :          Jay S. Kumar

SIGNED BY

Prayosha Restaurant Group, LLC ,

Through its President,

Mr. SURESH N. PATEL

WITNESS NAME :

Signature:

# EXHIBIT C





# ABOUT US  MENU  CATERING  SPECIAL EVENTS  RESERVATIONS
# LOCATIONS  PROMOTIONS  PRESS & AWARDS  EMAIL SIGNUP

ABOUT SANKALP

*An extension of one of India's most famous restaurant chain, Sankalp is an award-winning Indian café that offers pure vegetarian South Indian cuisine. Sankalp's inspired dishes with fresh ingredients and fragrant spices result in a modern approach to authentic South Indian cuisine and diners will find that its recipes replicate the same bold flavors found in Sankalp India. Our healthy dishes are made with pure canola oil, and we never use artificial colors or flavors. This perfect balance of flavor and presentation has made Sankalp one of India's most favorite group of restaurants for the past 30 years.*

**The Dining Experience**

*Now Sankalp brings its award-winning cuisine to the US offering authentic dishes in its signature innovative style. In the US, Sankalp Restaurants are divided into two distinct dining experiences.*

**SANKALP**

- *Pure Vegetarian South Indian Cuisine.*

Guests of Sankalp can enjoy our daily

A la Carte menus as both dining in and takeout.

*Reservations are recommended but not required.*

**Please check our Special Events section for upcoming Chef's Table Dinner dates.**

CONTACT US    FRANCHISE    SANKALP INDIA

COPYRIGHT SANKALP USA 2010

C-2



## FRANCHISE

Sankalp is one of the largest and fastest growing restaurant chains in all of India. Now, Prayosha Restaurant Group LLC is offering sub-franchise opportunities for Sankalp Restaurants in the US.

The Sankalp brand is known for its innovative cuisine coupled with fresh local ingredients. A Sankalp franchise brings its signature recipes along with easy-to-follow brand guidelines for interior and exterior build-out and design, menus and merchandising. Sub-licensees will also benefit from centralized equipment sourcing, supplies of essentials, inventory and auditing systems and operations manuals and training. Furthermore, national marketing support, advertising packages, national promotional schemes and regular sales and management support make operating a Sankalp franchise a lucrative and enterprising venture.

Currently Prayosha Restaurant Group is accepting Sankalp franchise offers in major urban cities from the Midwest, South and Eastern states of the US.

Please contact:

**Prayosha Restaurant Group LLC**
22 Meridian Road
Suite 12-2
Edison, NJ 08820

**732.662.7997**
prayosharestaurantgroup@gmail.com

CONTACT US    FRANCHISE    SANKALP INDIA

COPYRIGHT SANKALP USA 2010

C-3



ABOUT US   MENU   CATERING   SPECIAL EVENTS   RESERVATIONS

LOCATIONS   PROMOTIONS   PRESS & AWARDS   EMAIL SIGNUP



## PRESS & AWARDS

The Directors of Sankalp have maintained Sankalp's status as one of Indian's largest restaurant chain by simply offering fresh and flavorful food with impeccable service and fair prices.

With over 50 outlets found in the bustling cities of India, Sankalp has been awarded twice the Times Food Award for Best South Indian Restaurant by the **Times of India** (2008 and 2009), while Sankalp's innovative side has landed it in **The Guinness Book of World Records** for preparing the world's largest Dosa, not once, but three times; 25-feet in 1996, 30-feet in 2006 and a staggering 32-feet in 2009.

Sankalp can be found in Indian cities such as Mumbai, Delhi, Pune, Jaipur, Jodhpur, Udaipur, Mt. Abu, Nathdwara, Nagpur, Gandhinagar, Surat, Vadodara, Anand, Bharuch, Rajkot, Bhavnagar, Gandhidham, and Bhuj amongst others.

In the US, Sankalp currently operates in New Jersey and will soon open branches in Ohio and New York.

<u>PRESS RELEASE June 25th</u>

*June 25, 2010, New Jersey:* On any given night, there is a waiting line outside of the newly opened Sankalp in Edison, NJ, and the restaurant has barely been open one month. That's because Indian-Americans familiar with the 50+ franchise chain spread throughout Gujarat and South India are already part of the cult-like following of this vegetarian restaurant.



Ribbon Cutting Ceremony. (from Left to Right) Vishnu Patel, Suresh Patel, Pat Diegnan, Upendra Chivukula, Mayor Charles Butrico, Peter Barnes, Peter Kothari and Chander Sarvagyam."The dosas taste just like they do back in India. I'm from Udaipur and we used to eat at Sankalp all the time," says regular diner Sunita Basu. "Now when I feel homesick, I just come here."

But guests of Sankalp can expect more than just dosas and idlis at the popular chain. In the US, Sankalp is divided into two distinct dining experiences: Sankalp which is pure vegetarian South Indian cuisine and Sankalp Multi Cuisine which offers North Indian including Tandoori, South Indian and Pan-Asian dishes which are both vegetarian, non-vegetarian and Halal.

"We thought that customers here in America would want more variety in their dining experience," explains Suresh Patel, CEO of Prayosha Restaurant Group, Master Franchisee of Sankalp USA. "This way when we open another franchise, we can tailor the cuisine to fit the people of the surrounding areas."

Sankalp is a dedication to using only the freshest ingredients coupled with their fragrant homemade spices.



Receiving the Proclamation from Assemblyman Upendra Chivukula's Office. (from Left to Right) Vince George, Mayor Charles Butrico, Vishnu Patel, Chander Sarvagyam, Suresh Patel, Peter Barnes, Pat Diegnan, Upendra Chivukula and Peter Kothari.Sankalp USA General Manager Vince George adds, "We are also committed to keeping our dishes healthy so we use only pure Canola oil and never any artificial colors."Sankalp, the first of which opened in South Plainfield, NJ was also the site of the franchise's Grand Opening celebration on Friday, June 25th. The kick off marked the official expansion of India's first chain restaurant in the US. The celebration consisted of a Ribbon Ceremony followed by a lavish gourmet dinner specially created for this occasion. The ribbon was cut by leading local dignitaries such as the Mayor of South Plainfield, Mr. Charles F. Butrico, Jr., Assemblyman District 18, Mr. Peter J. Barnes, III, Assemblyman District 18, Mr. Patrick J. Diegnan Jr., Assemblyman District 17, Mr. Upendra J. Chivukula, Community Leader Peter Kothari, Suresh Patel, President of Prayosha Restaurant Group, Vishnu Patel,and Vince George. Mr. Chivukula additionally presented Sankalp an official State Proclamation marking the Grand Opening Date as the official start of the franchise's US presence. In attendance where a number of local business leaders such as Prabhu Patel, Dilip Mehta, Raj Uppal, Anisa and Raj Balwani, George Cholenkeryil, Jaswant Mody, amongst others.The Proclamation.The Directors of Sankalp have maintained Sankalp's status as one of India's largest restaurant chains for the past 30 years by offering fresh and flavorful food with impeccable service and fair prices. Now, the renowned chain is preparing to penetrate the American food market both with the South Asian community and the mainstream by following the same equation.Sankalp is more than just a restaurant. It has been awarded twice the Times Food Award for Best South Indian Restaurant by the Times of India (2008 and 2009), while Sankalp's innovative side has landed it in The Guinness Book of World Records for preparing the world's largest dosa, not once, but three times; 25-feet in 1996, 30 -feet in 2006 and a staggering 32-feet in 2009.In the US, Sankalp currently operates in New Jersey and will soon open branches in Ohio and New York.  Photo Credit: Januarie JoubertExterior of South Plainfield's Sankalp

Guests at the Grand Opening



Guests at the Grand Opening

**Read About us in the Papers**

**Cine Views**

**CONTACT US    FRANCHISE    SANKALP INDIA**

COPYRIGHT SANKALP USA 2010

http://www.sankalpusa.com/menu/index.html



C-7

http://www.sankalpusa.com/menu/index.html



## ASSORTED BEVERAGES

| | |
|---|---|
| FRESH LIME SODA | 2.95 |
| FRESH FRUIT JUICE | 2.75 |
| RASAM | 4.00 |
| TOMATO SOUP | 4.00 |
| COLD COFFEE | 3.00 |
| COLD COFFEE WITH ICE CREAM | 3.25 |
| ICY SHAKES | 3.25 |
| PINA COLADA | 3.25 |
| CARRIBEAN FRUIT PUNCH | 3.25 |
| BLUE SEA SURFER | 3.25 |
| LEMON LICHY FIZZ | 3.25 |
| NEERMOR / CHHASS | 2.50 |
| LASSI | 3.00 |
| GINGER TEA | 2.25 |
| MYSORE FILTER KAPI | 2.25 |
| AERATED SOFT DRINKS | 1.95 |
| BOTTLED WATER | 1.00 |

## ALL TIME FAVORITE

| | |
|---|---|
| MASALA BOONDI | 4.25 |
| THAVIR BOONDI | 4.50 |
| VEGETABLE UPMA | 5.45 |
| TELANGANA ALOO | 5.45 |
| CHIPS 'N' CHIPS | 5.00 |



http://www.sankalpusa.com/menu/index.html

Sankalp Menu - The Taste of India

C-9

## IDLI STALL

IDLI IS A STEAMED RICE CAKE

**STEAMED IDLI**
(Rice cake, steaming hot)

● **IDDLIITIES**
(Mini rice cakes)

● **NEI IDLI**
(Idli tossed with pure ghee)

● **BUTTER IDLI**
(Rice cake topped with butter)

**THAYIR IDLI**
(Small pieces of rice idli in sweet / salted yoghurt)

* **IDLI VADA**
(A combination of idli and vada)

* **VAGHAR IDLI**
(Little idlis tossed in special masala)

**RASAM IDLI**
(Pieces of idli dipped in spicy appetiser)

**FRIED IDLI**
(Crispy fried pieces of idli)

4.75

4.75

4.95

4.95

4.75

4.95

4.75

4.75

4.75

## SPECIALITY IDLI

* **CRISPY CHEESE IDLI**
(Fried thin rice cakes topped with cheese)

* **MASALA VEGETABLE RICE CAKES**
(Tangy and hot rice cakes finished with garden fresh masala paste)

* **COCKTAIL RICE CAKES**
(Pieces of little idlis tossed in khatagal podi)

* **ACHARI RICE CAKES**
(Rice cake steeped in achari masala)

* **CHETTINAD RICE CAKES**
(Small little idlis tossed in Chettinad gravy)

* **NILGIRI RICE CAKES**
(Mini flavored mini rice cakes)

5.45

4.95

4.95

4.95

4.95

4.95

## VADA

**MEDU VADA IS FRIED LENTIL DOUGHNUT**

**MEDU VADA**
(Deep fried lentil doughnut)

**RASAM VADA**
(Vada dipped in spicy lemon soup)

**THAYIR VADA**
(Vada in plain / sweet / salted yoghurt)

**ONION VADA**
(Vada made with chopped onions in the batter)

( * Special Item )
( ● Kid's Special )

4.75

4.75

4.95

4.75

http://www.sankalpusa.com/menu/index.html

C-10



## DASHING DOSAZ

DOSA IS CRISPY RICE AND LENTIL CREPE ROASTED ON A HOT PLATE

● **GOLDEN CRISP**
(Simple batter & flavored dosa)

**ONION DOSA** ......... 8.50
(Dosa with chopped onion & garlic chutni)

**ONION DOSA** ......... 8.75
(The crispy dosa)

**SUPER PAPER DOSA** ......... 8.75
(The crispy dosa)

**MYSORE CHATPATA DOSA** ......... 8.75
(Spicy dosa with coriander & garlic chutni)

**NILIGIRI SPECIAL DOSA** ......... 8.75
(The mint flavored dosa)

**NILIGIRI ONION DOSA** ......... 8.75
(Minty dosa with onions in the layer)

(All above Dosa's served plain or with masala as per order)

## SPECIALITY DOSAZ

● ● **CHEESE DOSA** ......... 8.75
(Dosa with a generous helping of cheese)

\* **CHEESEY SPRING DOSA** ......... 9.50
(Spring roll stuffed with dosa)

\* **MILITARY GHEE ROAST DOSA** ......... 9.50
(Crispy special masala filling dosa roasted in pure ghee)

\* **CHETTINAD SPICY DOSA** ......... 9.50
(A crisp spicy dosa with a filling of fresh vegetables prepared in Chettinad style)

\* **KERAI CHEESE GARLIC DOSA** ......... 9.50
(The spinach and cheese dosa with a tinge of garlic)

\* **CAPSICUM CHILLY GARLIC DOSA** ......... 9.50
(A savory dosa with a filling of capsicum tossed in green gravy)

\* **ACHARI ONION DOSA** ......... 9.50
(The pickle flavored onion dosa)

\* **SPECIAL INDIAN BHAJI DOSA** ......... 9.50
(Chef's special)

\* **KARA MUIRA DOSA** ......... 9.50
(Butter paper dosa with mango podi on the layer)

● **PANEER DOSA** ......... 9.50
(Dosa with a filling of spicy paneer)

\* **CHEESE CORN DOSA** ......... 9.50
(Its all time classic)

\* **THREE BARREL DOSA** ......... 9.50
(Combination of three small dosas)

\* **DOSA PLATTER** ......... 10.99
(Platter containing miniature versions of chettinad, achari and paneer dosas)

( \* Special Item )
( ● Chef's Special )

http://www.sankalpusa.com/menu/index.html



## RAVASHING RAVA

RAVA DOSA IS A TRADITIONAL SOUTH INDIAN DOSA MADE FROM CREAM OF WHEAT / SEMOLINA

**CRISP 'N' CRUNCHY RAVA**
(Dosa made from Semolina flour)                                           8.50

**ONION RAVA**
(Rava dosa with sliced onions in the layer)                              8.95

**UDIPI RAVA**
(Rava with grated cheese and beet in the layer)                          8.95

**COCONUT RAVA**
(Rava dosa having grated fresh coconut in the layer)                     8.95

**★ KANCHIPURAM ACHARI RAVA**
(Rava with pickle flavored spices in the layer)                          9.50

## AMAZING UTHAPPA

UTHAPPA IS A OPEN FACE FERMENTED LENTIL PANCAKE

**DOUBLE ROAST - PLAIN**                                                 8.00

**DOUBLE ROAST - TOPPING**
(Select from onion / carrot / beet / mix vegetables)                     8.25

**★ MADURAI SANDWICH UTHAPPA**
(Twin layered specialty uthappa)                                         8.75

**★ CHEESE MADURAI SANDWICH UTHAPPA**
(Twin layered specialty uthappa with cheese)                             9.25

**★ SPECIAL TOMATO UTHAPPA**
(A delicacy prepared using the sensitive method of tomatoes)             8.50

**★ SPECIAL TOMATO MASALA UTHAPPA**
(A delicacy, chef's sensitive recipe)                                    8.75

**★ PANCHAVARNA UTHAPPA**
(Illustrious of five different layers of Indian pancakes)                9.25

**★ PINEAPPLE UTHAPPA**
(Indian pancake with chopped pineapple)                                  8.50

**★ CHEESE CHILLI UTHAPPA**
(Pancake with lots and lots of cheese)                                   8.75

**★ ● CHENNAI PIZZA UTHAPPA**
(Crispy uthappa that tastes like a pizza)                                9.50

**★ TOMATO CORN UTHAPPA**
(A jain specialty)                                                       8.75

**★ KEERAI UTHAPPA**
(Sauted leaves based uthappa)                                            8.75

( ★ Special item )
( ● Hot & Spicy )

http://www.sankalpusa.com/menu/index.html

C-12

8/12/2013

## CURRIES

**❋*MALABARI PANEER**
(Soft paneer cooked in Malabari gravy) — 9.75

***NILGIRI KURMA**
(Spinach based mix vegetable) — 9.50

***CHETTINAD KURMA**
(Spicy chettinad styled mixed vegetable) — 9.50

***VEGETABLE KURMA**
(Coconut flavored mix vegetable) — 9.25

**ALOO MUTTER**
(The potato and green peas cooked in onion gravy) — 8.50

**JEERA ALOO**
(Potatoes stir fried with cumin seeds and coriander) — 8.50

*All the curries served with a side portion of*
*Steamed Rice / Set Dosa / Masala Poori / Roti / Tawa Chapati*

## RICE

**STEAMED RICE**
(Plain rice with taste of basmati) — 5.50

**BAGALA BHATH**
(The delectable curd rice) — 5.50

**BISI BELA HULI ANNA**
(Cooked flavored rice and lentil preparation served with papadum) — 5.50

***KAIKARI BIRYANI**
(Subway served biryani served with pickle) — 7.00

**VEGETABLE PULAO**
(Mild special rice for mild onion) — 7.00

***CHEESE PULAO**
(Rice and vegetables topped with cheese) — 7.50

( * Special item )
( ❋ Kid's Special )



## EXTRA ITEMS

| | |
|---|---|
| **POORI** (8 pcs. fried Indian wheat bread) | 2.95 |
| **TAWA CHAPATI** (4 pcs. tawa puffed Indian wheat bread) | 2.95 |
| **MALABAR POROTTA** (Special (Keral Malbari multilayered porotta)) | 2.25 |
| **SET DOSA** (3 minutes rice pancakes) | 2.95 |
| **APPALAM** (Brce. South Indian Poppodum) | 1.45 |
| **POPPODUM** (Brce. South Indian Poppodum) | 1.45 |
| **MASALA PAPAD** (Papad with onion, tomatoes, coriander and special masala) | 2.25 |
| **PACHDI** (Diced vegetables mixed with yogurt) | 2.25 |

## ICE CREAMS & DESSERTS

| | |
|---|---|
| ● **SIZZLING BROWNIE WITH ICE CREAM** (Chocolate brownie with vanilla on a sizzler plate) | 4.95 |
| **SANKALP SPECIAL KULFI** (Special creamy Kulfi) | 3.75 |
| **ASSORTED ICE CREAM** (Choose from the available choices of ice cream) | 2.50 |

## SWEET

| | |
|---|---|
| **KESARY** (The bottamed South Indian suji Halwa) | 4.50 |
| **PAYASAM OF THE DAY** (Daily special) | 4.50 |
| **GULABJAMUN** (Special Indian sweet) ( * Special item ) (● Kid's Special ) | 4.50 |

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of New Jersey___ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>9/11/2013 | U.S. DISTRICT COURT<br>for the District of New Jersey |
|---|---|---|
| PLAINTIFF<br>SANKALP RECREATION PVT. LTD., and NEETU KAILASH GOENKA | | DEFENDANT<br>PRAYOSHA RESTAURANT GROUP, LLC (Delaware), PRAYOSHA RESTAURANT GROUP LLC (New Jersey), and SURESH N. PATEL |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  Reg. No. 3,864,858 | 10/19/2010 | Neetu Kailash Goenka |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Sankalp Recreation Pvt. Ltd., and<br>Neetu Kailash Goenka | Prayosha Restaurant Group, LLC (Delaware), Prayosha Restaurant Group LLC (New Jersey), and Suresh N. Patel |
| **(b)** County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1 U.S. Government Plaintiff
- ❌ 3 Federal Question *(U.S. Government Not a Party)*
- ❑ 2 U.S. Government Defendant
- ❑ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance<br>❑ 120 Marine<br>❑ 130 Miller Act<br>❑ 140 Negotiable Instrument<br>❑ 150 Recovery of Overpayment & Enforcement of Judgment<br>❑ 151 Medicare Act<br>❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>❑ 153 Recovery of Overpayment of Veteran's Benefits<br>❑ 160 Stockholders' Suits<br>❑ 190 Other Contract<br>❑ 195 Contract Product Liability<br>❑ 196 Franchise | **PERSONAL INJURY**<br>❑ 310 Airplane<br>❑ 315 Airplane Product Liability<br>❑ 320 Assault, Libel & Slander<br>❑ 330 Federal Employers' Liability<br>❑ 340 Marine<br>❑ 345 Marine Product Liability<br>❑ 350 Motor Vehicle<br>❑ 355 Motor Vehicle Product Liability<br>❑ 360 Other Personal Injury<br>❑ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>❑ 365 Personal Injury - Product Liability<br>❑ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❑ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❑ 370 Other Fraud<br>❑ 371 Truth in Lending<br>❑ 380 Other Personal Property Damage<br>❑ 385 Property Damage Product Liability | ❑ 625 Drug Related Seizure of Property 21 USC 881<br>❑ 690 Other | ❑ 422 Appeal 28 USC 158<br>❑ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>❑ 820 Copyrights<br>❑ 830 Patent<br>❌ 840 Trademark | ❑ 375 False Claims Act<br>❑ 400 State Reapportionment<br>❑ 410 Antitrust<br>❑ 430 Banks and Banking<br>❑ 450 Commerce<br>❑ 460 Deportation<br>❑ 470 Racketeer Influenced and Corrupt Organizations<br>❑ 480 Consumer Credit<br>❑ 490 Cable/Sat TV<br>❑ 850 Securities/Commodities/ Exchange<br>❑ 890 Other Statutory Actions<br>❑ 891 Agricultural Acts<br>❑ 893 Environmental Matters<br>❑ 895 Freedom of Information Act<br>❑ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 210 Land Condemnation<br>❑ 220 Foreclosure<br>❑ 230 Rent Lease & Ejectment<br>❑ 240 Torts to Land<br>❑ 245 Tort Product Liability<br>❑ 290 All Other Real Property | ❑ 440 Other Civil Rights<br>❑ 441 Voting<br>❑ 442 Employment<br>❑ 443 Housing/ Accommodations<br>❑ 445 Amer. w/Disabilities - Employment<br>❑ 446 Amer. w/Disabilities - Other<br>❑ 448 Education | **Habeas Corpus:**<br>❑ 463 Alien Detainee<br>❑ 510 Motions to Vacate Sentence<br>❑ 530 General<br>❑ 535 Death Penalty<br>**Other:**<br>❑ 540 Mandamus & Other<br>❑ 550 Civil Rights<br>❑ 555 Prison Condition<br>❑ 560 Civil Detainee - Conditions of Confinement | ❑ 710 Fair Labor Standards Act<br>❑ 720 Labor/Management Relations<br>❑ 740 Railway Labor Act<br>❑ 751 Family and Medical Leave Act<br>❑ 790 Other Labor Litigation<br>❑ 791 Employee Retirement Income Security Act | ❑ 861 HIA (1395ff)<br>❑ 862 Black Lung (923)<br>❑ 863 DIWC/DIWW (405(g))<br>❑ 864 SSID Title XVI<br>❑ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>❑ 870 Taxes (U.S. Plaintiff or Defendant)<br>❑ 871 IRS—Third Party 26 USC 7609 | ❑ 950 Constitutionality of State Statutes |
| | | **IMMIGRATION**<br>❑ 462 Naturalization Application<br>❑ 465 Other Immigration Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❌ 1 Original Proceeding
- ❑ 2 Removed from State Court
- ❑ 3 Remanded from Appellate Court
- ❑ 4 Reinstated or Reopened
- ❑ 5 Transferred from Another District *(specify)*
- ❑ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1051 et seq.

Brief description of cause:
Suit for trademark infringement

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND: ❌ Yes ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE: 09/11/2013

SIGNATURE OF ATTORNEY OF RECORD: /s/ James I. Doty

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

EXHIBIT B



भारतीय गैर न्यायिक

एक सौ रुपये **Rs. 100**

रु. 100    **ONE HUNDRED RUPEES**

भारत INDIA

**INDIA NON JUDICIAL**

गुजरात गुजरात GUJARAT          17 APR 2010          R 385261

નંબર: ૭૬૨   રૂ. ૧૦૦/-
તારીખ: ૧૭ મહે: ૪ સને૨૦૧૦
નામ:        ચિરાગ    અમરિકાન    ग તी    ल   ल ग्रेन्य
દેકાનું:

ચિરાગ અવંતિકુમાર પટેલ
બ્લ. નં. એસ. બી. ૧૫૨-૧૫૩/૧૬૬૬
સી/૧૫૨, સી.પી.નગર વિભાગ-૨,
ઘાટલોડીયા, અમદાવાદ ના સલંગ્ન

### MASTER LICENSE AGREEMENT

This Master License Agreement is entered into on this 24th day of April, 2010 between **SANKALP RECREATION PVT. LTD.** through its Director Shri KAILASH RAMAVATAR GOENKA having their Administrative Office at 4th Floor,

**And WHEREAS SANKALP RECREATION PVT. LTD.** through its Director SHRI KAILASH RAMAVATAR GOENKA is the only person to give License now onwards in the world and in future. **SANKALP** now well equipped to provide technical, commercial and managerial know-how in the management of Restaurant to others by way of Franchising arrangements.

**AND WHEREAS** the Master Licensee who is desirous of operating the business of Restaurants by entering into a License Agreement, for valuable consideration, has approached Sankalp to help them in the setting up Licensed Restaurants in North Eastern States of the United States of America, [ hereinafter referred to as 'scheduled area' for the sake of brevity ].

**WHEREAS MRS. NITU KAILASH GOENKA** is the owner and rightful user of the Name, Style and abbreviation of the words **'SANKALP'**, and its artwork, and its logo and its trademark;

**AND WHEREAS MRS. NITU KAILASH GOENKA** has authorized M/s. SANKALP RECREATION PVT. LTD. to use and to give license to use the name "SANKALP" now onwards and future in the world;

**AND WHEREAS MRS. NITU KAILASH GOENKA** has authorized M/s. SANKALP RECREATION PVT. LTD. to collect royalty on licensing the usage of name "SANKALP" and reimburse the Royalty collected thereby to Mrs. NITU KAILASH GOENKA:

**AND WHEREAS the Master Licensee** herein is interested to use the said trademark 'SANKALP' in respect of the said goods and the Master Licensee desires to start the business by entering into this agreement to use the said trade mark and trading style for valuable consideration and has approached the Licensor to grant user license for the premises located at North Eastern States of America, hereinafter, referred to as the user premises.

Now, This Agreement witnesseth and it is hereby agreed by and between **SANKALP** and the Master Licensee as follows:

1. This Agreement is effective from 3rd April, 2008.

2. **SANKALP** shall provide managerial and technical expertise in the management of Restaurant business to be carried on, by the Licensee, at the Licensed Restaurants and

D. Providing advice of hygiene and cleanliness procedures for the kitchen and the Restaurant.

3. **SANKALP** shall where required depute personnel such as Directors, Employees, Auditors, Agents or other nominees to supervise, organize, arrange and assist in the management of the said Licensed Restaurants.

4. **SANKALP** shall be entitled and shall be reimbursed of all the expenses incurred by them for and on behalf of the Master Licensee for the above work and including accommodation, food and traveling expenses.

5. Master Licensee shall procure proprietary materials for the Restaurants from **SANKALP.**

6. Traveling should be borne by Master Licensee if any Employee is being appointed by **SANKALP.**

   Master Licensee shall bear all the traveling, lodging, boarding and other subsistence expenses of persons deputed by **SANKALP** in terms of para 4 and 5 above. Commensurate with the status and responsibilities of deputationists while engaged in the performance of services stipulated in terms of this Agreement.

7. The Master Licensee shall interact with the Licensor on matters of renovation, setup, startup and coordinate the same with the Licensor.

8. The Master Licensee shall collect and collate all information about competitors and market conditions on a regular basis and keep informed about the same to the Licensor.

9. The Master Licensee shall open first Restaurant within 5 ( five ) months of this agreement and thereafter open at least 4 ( four ) restaurants within one year thereafter.

*Total 5% and Master Licensor shall get 5% (3% & 2%) of the net sales.*

trademark / name of 'SANKALP', shall pay to the Licensor a running Royalty @ 4% of the net sales ( i.e. gross sales minus VAT ) of the Party of the Second Part; In such manner the Master Licensee shall pay total 8% of the net sales to the Licensor. *For sub-leasing the agreement, the Licensor shall get ✱* It is also agreed that the Party of the Second Part shall pay the above said amount to the Party of the First Part on or before the 5th of every month for the preceding month subject to corrections which may be enforced annually at the end of the accounting year based on the audited accounts of the Licensed Restaurant of the Licensee. The License Fee shall be reviewed for revision after five years.

12. The Master Licensee shall be liable to pay a Late Fee amount of 1% of outstanding amount per day in case of default of timely payment of License Fee as prescribed hereinabove in para: 11.

13. The Master Licensee shall also sct aside an amount equivalent to 2% of total Sales amount towards common Publicity expenses to be undertaken by SANKALP. The said amount shall have to be deposited in separate account as decided by SANKALP, by 7th day of each month, regularly.

14. The Master Licensee shall also undertake publicity locally, at its own cost, in consultation with the Licensor, as and when required.

15. It is also agreed between the Parties that any Government Taxes such as VAT, Service Tax, etc or whatever new taxes may be levied by the Government from time to time, on the above said License fee shall be borne by the Master Licensee, whereas any Income Tax on such fees levied in ~~the United States of America~~ *India* shall be paid by the Licensor.

16. The Master Licensee shall prior to opening of the Restaurant, deposit and maintain an interest-free deposit of US$2500/- with **SANKALP** towards License Fees and supply of proprietary materials by **SANKALP.**

17. The Master Licensee shall provide a copy of the aforesaid accounts to **SANKALP.**

20. The Master Licensee shall have right to set up Licensed Restaurants as per this agreement in the scheduled area. Whenever the Licensor has proposals to set up Licensed Restaurants in other parts of the United States of America, other than the scheduled areas, the Master Licensee shall have the first right to refuse to open Licensed restaurants in such new areas.

21. The Master Licensee hereby confirms that any information, recipe, proprietary material, etc. received from the Licensor, is highly confidential, has been developed with a great deal of effort and expense of the Licensor and is being made available to the Master Licensee solely because of this License Agreement. The Master Licensee hereby confirms and assures the Licensor that he shall treat all 'confidential information' as confidential' and neither the Master Licensee nor his employee, agent or any person related to  the Master Licensee shall disclose, publish, or divulge any 'confidential information' or any proprietary material to any person, directly or indirectly, without the express written consent of the Licensor.

22. It is expressly agreed that SANKALP shall not be liable or held responsible for any financial or other liabilities arising from or out of the running of the Licensed Restaurant referred to in this Agreement and the Master Licensee hereby agrees to indemnify and continue holding SANKALP fully indemnified against any liability of whatsoever nature arising from any proceeding in any forum tribunal or court of law or elsewhere in this respect.

23. Unless renewed, this Agreement shall automatically expire on date : 11.04.2018.

24. SANKALP will be entitled to cancel this agreement on the ground of any breach of the condition of this agreement by giving 30 days notice. Prior to giving termination notice the Licensor shall give 90 days notice to the Master Licensee to cure such breach. Failure to cure such breach on part of the Master Licensee shall attract termination as stated above.

25. The Master Licensee undertakes that during the pendency of this agreement and for five years after the termination of this agreement, the Master Licensee shall not, in the same premises or within India, or United States of America, or anywhere in the

27. This agreement is executed and signed at Ahmedabad and therefore the courts of Ahmedabad have jurisdiction.

28. This Agreement has been prepared and executed on two original stamp papers. Both the Parties shall keep an original agreement with them.

IN WITNESS WHEREOF the parties here to have hereunto set their respective hands the day, month and year first herein above written.

SIGNED ON BEHALF OF

SANKALP RECREATION PVT. LTD.

Through its Managing Director

NAME : KAILASH R. GOENKA

WITNESS NAME :

Signature :

SIGNED BY

Prayosha Restaurant Group, LLC ,

Through its President,

Mr. SURESH N. PATEL

WITNESS NAME :

Signature:

# EXHIBIT C



भारतीय गैर न्यायिक

एक सो रुपये          **Rs. 100**

रु. 100          **ONE HUNDRED RUPEES**

भारत INDIA

INDIA NON JUDICIAL

गुजरात गुजरात GUJARAT          17 APR 2010          R 385265

## MASTER LICENSE AGREEMENT

This Master License Agreement is entered into on this 24th day of April, 2010 between **SANKALP RECREATION PVT. LTD.** through its Director Shri KAILASH RAMAVATAR GOENKA having their Administrative Office at 4th Floor, Sankalp Square, Drive In Road, Ahmedabad, [hereinafter referred to be SANKALP for the sake of brevity which term means and includes its executors, administrators and assigns] and **Prayosha Restaurant Group, LLC, through its President, Mr. SURESH N. PATEL** with its principal place of business at 419 Acorn Drive, Paramus, New Jersey (USA) 07652, [hereinafter referred to as Master Licensee for the sake of brevity, which term means and includes its executors, administrators and assigns].

**WHEREAS** Sankalp has acquired over a period of more than a couple of decade vast knowledge, experience and skill in both technical and commercial aspects of management of Restaurant Businesses and Reputation of Excellence in Restaurant Management.

**And WHEREAS SANKALP RECREATION PVT. LTD.** through its Director SHRI KAILASH RAMAVATAR GOENKA is the only person to give License now onwards in the world and in future. SANKALP now well equipped to provide technical, commercial and managerial know-how in the management of Restaurant to others by way of Franchising arrangements.

**AND WHEREAS** the Master Licensee who is desirous of operating the business of Restaurants by entering into a License Agreement, for valuable consideration, has approached Sankalp to help them in the setting up Licensed Restaurants in ~~Total~~ Eastern ~~States of the~~ United States of America, [ hereinafter referred to as 'scheduled area' for the sake of brevity ].

**WHEREAS MRS. NITU KAILASH GOENKA** is the owner and rightful user of the Name, Style and abbreviation of the words 'SANKALP", and its artwork, and its logo and its trademark;

**AND WHEREAS MRS. NITU KAILASH GOENKA** has authorized M/s. SANKALP RECREATION PVT. LTD. to use and to give license to use the name "SANKALP" now onwards and future in the world;

**AND WHEREAS MRS. NITU KAILASH GOENKA** has authorized M/s. SANKALP RECREATION PVT. LTD. to collect royalty on licensing the usage of name "SANKALP" and reimburse the Royalty collected thereby to Mrs. NITU KAILASH GOENKA;

**AND WHEREAS the Master Licensee** herein is interested to use the said trademark 'SANKALP' in respect of the said goods and the Master Licensee desires to start the business by entering into this agreement to use the said trade mark and trading style for valuable consideration and has approached the Licensor to grant user license for the premises located at ~~Total~~ 'Eastern States of the United States of America, hereinafter, referred to as the user premises.

Now, This Agreement witnesseth and it is hereby agreed by and between **SANKALP** and the Master Licensee as follows:

1. This Agreement is effective from 3rd April, 2008.

2. **SANKALP** shall provide managerial and technical expertise in the management of Restaurant business to be carried on, by the Licensee, at the Licensed Restaurants and more particularly to give them the benefit of commercial knowledge and managerial skills that **SANKALP** possesses such as :

A. Selection, Appointment and training of staff both for the kitchens and Restaurants.

B. Providing of adequate experience for purchase of kitchen and other Restaurant equipment's, Furniture and fitting and other materials such as table, linen, crockery cutlery, utilities etc. or the operation of the Licensed Restaurants.

C. Planning Menus, Fixing prices, sourcing supplies of raw material and durable.

D. Providing advice of hygiene and cleanliness procedures for the kitchen and the Restaurant.

3. **SANKALP** shall where required depute personnel such as Directors, Employees, Auditors, Agents or other nominees to supervise, organize, arrange and assist in the management of the said Licensed Restaurants.

4. **SANKALP** shall be entitled and shall be reimbursed of all the expenses incurred by them for and on behalf of the Master Licensee for the above work and including accommodation, food and traveling expenses.

5. Master Licensee shall procure proprietary materials for the Restaurants from **SANKALP.**

6. Traveling should be borne by Master Licensee if any Employee is being appointed by **SANKALP.**

   Master Licensee shall bear all the traveling, lodging, boarding and other subsistence expenses of persons deputed by **SANKALP** in terms of para 4 and 5 above. Commensurate with the status and responsibilities of deputationists while engaged in the performance of services stipulated in terms of this Agreement.

7. The Master Licensee shall interact with the Licensor on matters of renovation, setup, startup and coordinate the same with the Licensor.

8. The Master Licensee shall collect and collate all information about competitors and market conditions on a regular basis and keep informed about the same to the Licensor.

9. The Master Licensee shall open first Restaurant within 5 ( five ) months of this agreement and thereafter open at least 4 ( four ) restaurants within one year thereafter.

10. The Master Licensee shall enter into individual Sub-Licensee Agreement for each Sub-Licensed Restaurant with the Licensor prior to opening of such Licensed restaurant.

11. In consideration of the services under this Agreement **SANKALP** shall be entitled and be paid a License Fee of US$.20,000/- ( Non-Refundable ) (United States Dollars Twenty thousand only) by the Master Licensee per each Restaurant to be $ 10,000.- ( Ten thousand ) opened in scheduled area, and shall also be paid a running License Fee @ 4% of the net sales ( i.e. gross sales minus VAT ) of such Licensed Restaurant . The Master Licensee shall, also pay, in consideration of the license to use the registered

*※ Nobet 5% and Master Licensor shall get 5% (3% & 2%) of the net sales.*

*goes SP*

trademark / name of 'SANKALP', shall pay to the Licensor a running Royalty @ 4% of the net sales ( i.e. gross sales minus VAT ) of the Party of the Second Part; In such manner the Master Licensee shall pay total 8% of the net sales to the Licensor. *For sub-leasing the agreement, the licensor shall get ※. goes*

It is also agreed that the Party of the Second Part shall pay the above said amount to the Party of the First Part on or before the 5th of every month for the preceding month subject to corrections which may be enforced annually at the end of the accounting year based on the audited accounts of the Licensed Restaurant of the Licensee. The License Fee shall be reviewed for revision after five years. *SP*

12. The Master Licensee shall be liable to pay a Late Fee amount of 1% of outstanding amount per day in case of default of timely payment of License Fee as prescribed hereinabove in para: 11.

13. The Master Licensee shall also set aside an amount equivalent to 2% of total Sales amount towards common Publicity expenses to be undertaken by SANKALP. The said amount shall have to be deposited in separate account as decided by SANKALP, by 7th day of each month, regularly.

14. The Master Licensee shall also undertake publicity locally, at its own cost, in consultation with the Licensor, as and when required.

15. It is also agreed between the Parties that any Government Taxes such as VAT, Service Tax, etc or whatever new taxes may be levied by the Government from time to time, on the above said License fee shall be borne by the Master Licensee, whereas any Income Tax on such fees levied in ~~the United States of America~~ *India goes* shall be paid by the Licensor.

16. The Master Licensee shall prior to opening of the Restaurant, deposit and maintain an interest-free deposit of US$2500/- with SANKALP towards License Fees and supply of proprietary materials by SANKALP.

17. The Master Licensee shall provide a copy of the aforesaid accounts to SANKALP.

18. LOCK-IN PERIOD : The Master Licensee herein shall not be entitled to withdraw *goes five years (Ten Years) SP* out of this Agreement or terminate this Agreement for a period of *five* years from the date of this Agreement. In any case, if the License opts to terminate or back-out of *goes* this License Agreement, the Master Licensee shall pay to the Licensor License fees for the balance period of five years, based on the average of last twelve months.

19. The term of this *goes* agreement shall be for a period of 11.04.2018, renewable from the date: 11.04.201█ and shall be renewed at the option of SANKALP. For renewal, the Master Licensee shall have to pay a renewal fee of US$.2500/- to SANKALP. *SP*

20. The Master Licensee shall have right to set up Licensed Restaurants as per this agreement in the scheduled area. Whenever the Licensor has proposals to set up Licensed Restaurants in other parts of the United States of America, other than the scheduled areas, the Master Licensee shall have the first right to refuse to open Licensed restaurants in such new areas.

21 .The Master Licensee hereby confirms that any information, recipe, proprietary material, etc. received from the Licensor, is highly confidential, has been developed with a great deal of effort and expense of the Licensor and is being made available to the Master Licensee solely because of this License Agreement. The Master Licensee hereby confirms and assures the Licensor that he shall treat all 'confidential information' as confidential' and neither the Master Licensee nor his employee, agent or any person related to  the Master Licensee shall disclose, publish, or divulge any 'confidential information' or any proprietary material to any person, directly or indirectly, without the express written consent of the Licensor.

22 .It is expressly agreed that **SANKALP** shall not be liable or held responsible for any financial or other liabilities arising from or out of the running of the Licensed Restaurant referred to in this Agreement and the Master Licensee hereby agrees to indemnify and continue holding **SANKALP** fully indemnified against any liability of whatsoever nature arising from any proceeding in any forum tribunal or court of law or elsewhere in this respect.

23. Unless renewed, this Agreement shall automatically expire on date : 11.04.2018.

24. **SANKALP** will be entitled to cancel this agreement on the ground of any breach of the condition of this agreement by giving 30 days notice. Prior to giving termination notice the Licensor shall give 30 days notice to the Master Licensee to cure such breach. Failure to cure such breach on part of the Master Licensee shall attract termination as stated above.

25.The Master Licensee undertakes that during the pendency of this agreement and for five years after the termination of this agreement, the Master Licensee shall not, in the same premises or within India, or United States of America, or anywhere in the World start, invest in, support technical or in any other way any similar business selling same line of product or service so as to be of competition to the Licensor. The Licensor shall ensure that its partners, sister concern, parent companies, associate companies and all other person, firm or companies connected to the Master Licensee comply with this non compete clause.

26. This agreement shall be governed by the prevailing laws of India. Any dispute/claim or contentions in respect of or arising out of or relating in any matter to the provisions of this agreement shall be settled amicably. Should such Amicable Settlement prove impossible then the same shall be settled by arbitration under the rules of arbitration.

27. This agreement is executed and signed at Ahmedabad and therefore the courts of Ahmedabad have jurisdiction.

28. This Agreement has been prepared and executed on two original stamp papers. Both the Parties shall keep an original agreement with them.

**IN WITNESS WHEREOF** the parties here to have hereunto set their respective hands the day, month and year first herein above written.

**SIGNED ON BEHALF OF**

**SANKALP RECREATION PVT. LTD.**

**Through its Managing Director**

**NAME   : KAILASH  R. GOENKA**

**WITNESS NAME   :**

**Signature :**

**SIGNED BY**

**Prayosha Restaurant Group, LLC ,**

**Through its President,**

**Mr. SURESH N. PATEL**

**WITNESS NAME :**

**Signature:**

For Sankalp Recreation Pvt. Ltd.

Director, Authorised Signatory

# EXHIBIT D

SECTION XIV/24/13

IN THE SUPREME COURT OF INDIA

ARBITRATION APPLICATION NO.19 OF 2013

INTIMATION OF THE REQUEST TO APPOINT ARBITRATOR UNDER PARAGRAPH 7 OF THE SCHEME UNDER SUB-SECTION 10 OF SECTION 11 (3), 4 (a) and 6 (a) OF THE ARBITRATION & CONCILIATION ACT, 1996.

M/S. SANKALP RECREATION PVT. LTD                    ...Applicant

                              Versus

PRAYOSHA RESTAURANT GROUP, LLC.          ...Non-Applicant

To
Prayosha Restaurant Group, LLC,
419, Acorn Drive, Paramus, New Jersey,
USA 07652,
Through its President, Mr. Suresh N. Patel
E-mail ID :  patelacorn 419@live.com
                   prayosharestaurantgroup@gmail.com
                   sureshpatel1419@gmail.com
     Fax No.  : + 1 732-662-7997
                    + 1 732-548-7861                    ...Non-applicant

WHEREAS  a request made by the Applicant for  appointment  of an Arbitrator as contemplated  under  Section 11(6) and 11 (9) of  the Arbitration  and  Conciliation Act, 1996, was placed before the designated Hon'ble Judge on  22nd April, 2013 when His Lordship directed that the matter be listed on  8th July, 2013.

Thereafter the matter was  listed before the Hon'ble Court on 8th July, 2013 when the Court was pleased to pass the following Order :

"List this matter after service is complete."

The matter was  again  listed before the Court of Ld. Registrar on 3rd October, 2013  when he was pleased to pass the following Order :

"Notice is awaited.   Office report indicates that since respondent is aborad, notice could not be effected.  Ld.counsel for the petitioner offers to taken out dasti and additionally seeks fresh notice by fax and E-mail.  Issue dasti in addition to all the above modes.  Office may issue notice by E-mail in the address already furnished by the petitioner. Office to take out notice by fax also." Await service.
          List the matter on 31.10.2013."     Contd...2/..

Therefore, you are hereby informed that the application as mentioned above, will be listed before the designated Hon'ble Judge in due course when you may, if you so choose, assist His Lordship in appointment of the Arbitrator, and take such part in the proceedings as you may think fit. You are further informed that in case you fail to appear in due course, the application will be decided in your absence.

Dated this the 18th day of October, 2013.

**ASSISTANT REGISTRAR**

**[Complete set of Arbitration Application containing Page Nos. 1 to 71 along with the Notice is enclosed herewith]**