NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANKALP RECREATION PVT. LTD., et al., | Civil Action No.: 13-5529 (JLL) |
| Plaintiffs,<br>v. | **ORDER** |
| PRAYOSHA RESTAURANT GROUP, LLC, et al., | |
| Defendants. | |

**THIS MATTER** comes before the Court by way of Defendant's motion to compel arbitration and stay this matter pending arbitration [Docket Entry No. 10].   This Court had referred Defendant's motion to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B).   Magistrate Judge Dickson filed a Report and Recommendation in connection with said application on March 17, 2014.   In particular, Magistrate Judge Dickson recommended that Defendant's motion to compel arbitration and stay this matter be granted.   To date, the Court has received no objections with respect to Magistrate Judge Dickson's March 17, 2014 Report and Recommendation, and for good cause shown,

**IT IS** on this **1ˢᵗ day of April, 2014**,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on March 17, 2014 [Docket Entry No. 35], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to compel arbitration [Docket Entry No. 10] is **granted;** and it is further

**ORDERED** that, given Defendant's request to stay this action, the Court will exercise its discretion and stay these proceedings until such time that the arbitration is complete.   *See*

1

*generally* 9 U.S.C. § 3; *Lloyd v. Hovensa*, 369 F. 3d 263, 269 (3d Cir. 2004).   For purposes of judicial economy, the Clerk's Office is hereby directed to administratively terminate this action pending the outcome of the arbitration.   Plaintiff shall notify the Court, upon completion of the arbitration, if this matter should be restored to the active docket.

**IT IS SO ORDERED.**

s/ Jose L. Linares
Jose L. Linares
United States District Judge